668 A.2d 1113

EAST NORRITON MEDICAL ASSOCIATES, LTD., Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE, Appellee.

Supreme Court of Pennsylvania.

Dec. 28, 1995.

544

## ORDER

PER CURIAM.

AND NOW, this 28th day of December, 1995, the order of the Commonwealth Court is hereby affirmed.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).